UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20685-CR-SEITZ(s)

UNITED STATES OF AMERICA

vs.

RUBEN MARTINEZ PUENTE,
LORENZO ALBERTO PEREZ-PEREZ,
and
FRANCISCO PEREZ-PEREZ,

Defendants.

_____/

FILED BY___KAN___D.C.

May 20, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## ORDER TO UNSEAL INDICTMENT

THIS CAUSE having come before the Court on the United States' Motion to Unseal the

Indictment, and the Court being fully advised in the premises and finding good cause therefore, it

is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.   The Clerk of Court is

ordered to unseal the Indictment against all defendants in this matter.

**DONE AND ORDERED** in chambers at Miami, Florida this 20th day of May 2026.

HONORABLE MARTY FULQUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

cc:    Abbie D. Waxman, AUSA
       Michale E. Gilfarb, AUSA